# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN F. CASS, )<br> )<br>        Plaintiff, )<br>v. )<br> )<br>JEANNE DOWNS, ARTHUR UNOBSKEY, )<br>LOUISE MILLER, ELLEN GRIECO, )<br>REGINA TATE, and WAYLAND SCHOOL )<br>COMMITTEE )<br>        Defendants. )<br> ) | CASE NO: 1:21-CV-10965 |

## NOTICE OF APPEARANCE

Please enter the appearance of Peter L. Mello as counsel for the Defendant, Regina Tate, in the above-captioned case.

                                          Respectfully submitted,
                                          REGINA TATE,

                                          By her attorney,

                                          __/s/ Peter L. Mello_____
                                          Peter L. Mello (BBO# 659680)
                                          pmello@mhtl.com
                                          Murphy, Hesse, Toomey & Lehane LLP
                                          300 Crown Colony Drive, Suite 400
                                          Quincy, MA 02169
                                          Tel. No. (617) 479-5000
                                          Fax. No. (617) 4796469

Dated: June 9, 2021

1262304

**CERTIFICATE OF SERVICE**

  *I, Peter L. Mello, HEREBY CERTIFY that this document filed through the CM/ECF system on June 9, 2021, will be sent electronically to the registered participants as identified on the NEF (NEF) and copies will be sent by both electronic and first class mail to those indicated as non-registered participants on June 9, 2021 and to the following pro se plaintiff:*

Stephen F. Cass
9 Captain Linnell Road
P.O. Box 2723
Orleans, MA 02653
stephenfcass@yahoo.com

              \_\_/s/ Peter L. Mello_____
              Peter L. Mello

1262304