UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 1:21-cv-10965-PBS

Stephen F. Cass

          Plaintiff

v.

JEANNE DOWNS, ARTHUR UNOBSKEY,
LOUISE MILLER, ELLEN GRIECO,
REGINA TATE, AND WAYLAND SCHOOL
COMMITTEE

          Defendants

U.S. DISTRICT COURT
DISTRICT OF MASS.
2021 JUN 28 AM 9:10
FILED
IN CLERKS OFFICE

## CONSENT JOINT-MOTION FOR AN EXTENSION TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Pursuant to rule 6(b)(1) of the Federal Rules of Civil Procedure *Pro Se* Plaintiff Stephen F. Cass respectfully submits the following unopposed request for a 12-day extension to respond to the Defendants' Motion to Dismiss. As grounds, I state the following:

As evidence of 'good cause' to extend the time, I will be moving from my home on Friday, June 25, 2021 which has taken up a great deal of my time. I am also responding to Summary Judgment in another legal action next week in which I am a pro se defendant.

The request for extension was subsequently consented to by counsel for the defendants, Peter Mello and Adam Simms on June 22, 2021. On June 25, 2021, both attorneys stated that they consented to me signing this document on their behalf.

I respectfully request this Court to Grant this Motion and provide me the uncontested extension.

                              Respectfully submitted,
                              *Pro Se* Plaintiff,

_____
STEPHEN CASS
PO BOX 2723
Orleans, MA 02653
stephenfcass@yahoo.com
339.368.2961

June 25, 2021

PP _____
Stephen Cass on behalf of Adam Simms, Attorney for
Defendants Downs, Unobskey, Miller, Grieco and Wayland School Committee

PP _____
Stephen Cass on behalf of Peter Mello, Attorney for Regina Tate

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Undersigned pro se plaintiff hereby certifies, pursuant to Local Rule 7.1(A)(2), that on June 22, 2021, I conferred in good faith with Peter Mello and Adam Simms, attorneys for the defendants, in an effort to resolve issues related to Plaintiff's Motion for an Extension to Respond to Motion to Dismiss.

Respectfully submitted,

_____
STEPHEN CASS

## CERTIFICATE OF SERVICE

I, Stephen F. Cass, hereby certify that on this date, June 25, 2021, that I delivered a true and accurate copy of this document by email to the defendants' attorneys Peter Mello and Adam Simms.

-----------------------------------------
STEPHEN CASS