UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 1 :21-cv-10965-PBS

Stephen F. Cass

          Plaintiff

v.

JEANNE DOWNS, ARTHUR UNOBSKEY,
LOUISE MILLER, ELLEN GRIECO,
REGINA TATE, AND WAYLAND SCHOOL
COMMITTEE

          Defendants

## MOTION TO CONTINUE HEARING

Now comes the Plaintiff, Stephen Cass, and moves the court for a continuance of the Motion Hearing scheduled for December 20, 2021 at 11:30 AM.

Plaintiff states that he has been severely ill and bedridden the past few days and has been unable to prepare for the hearing and not likely capable of participating. I apologize for the late notice and was hoping my physical condition would improve, but it has not.

Plaintiff respectfully asks the court to reschedule the Motion Hearing at the Court's convenience.

Respectfully submitted,
*Pro Se* Plaintiff

_____
STEPHEN CASS

PO BOX 2723
Orleans, MA 02653
stephenfcass@yahoo.com
339.368.2961

December 19, 2021

## **CERTIFICATE OF SERVICE**

I, Stephen F. Cass, hereby certify that on this date, December 19, 2021, that I delivered a true and accurate copy of this document by email to the defendants' attorneys Peter Mello and Adam Simms.

-----------------------------------------------------------
STEPHEN CASS