

10 Post Office Square, Suite 1100N, Boston, MA 02109
Phone: 617.350.0950 | Fax: 617.350.7760

Adam Simms
Ext. 104
asimms@piercedavis.com

December 20, 2021

Magistrate Judge Jennifer C. Boal
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

*Re:*   Stephen F. Cass v. Jeanne Downs, et al.
        USDC, C.A. No. 1:21-cv-10965 PBS
        Our File No. 282-0414834

Dear Judge Boal:

Please be advised the Defendants, Wayland School Committee, Jeanne Downs, Arthur Unobskey, Louise Miller, and Ellen Grieco, will not be opposing Document No. 20-Motion to Continue Motion Hearing scheduled for December 20, 2021 at 11:30 a.m. by Stephen F Cass.

In addition, Attorney Peter L. Mello, on behalf of defendant, Regina Tate, will not be opposing Mr. Cass's Motion No. 20.

Very truly yours,

**PIERCE, DAVIS & PERRITANO, LLP**

*/s/ Adam Simms*

Adam Simms

AS/bf
cc:   Peter L. Mello, Esq. (via electronic mail)
      Stephen F. Cass (via electronic mail)

## **CERTIFICATE OF SERVICE**

  I, Adam Simms, certify that on December 20, 2021, a true copy of the aforementioned document was served via electronic mail on all parties of record.

            */s/ Adam Simms*
            _____
            Adam Simms, Esq.