UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN F. CASS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JEANNE DOWNS, ET AL )<br>Defendants. ) | CIVIL ACTION<br>NO. 21-10965-PBS |

## ORDER OF DISMISSAL

SARIS, D.J.

In accordance with the Court's Memorandum and Order dated March 8, 2022, adopting the report and recommendation, and granting defendants' motions to dismiss (Docket no. 6 and 9) are hereby ORDERED that the above-entitled action be and hereby is dismissed with prejudice.

By the Court,

/ s / Clarilde Geraldino-Karasek
Deputy Clerk

DATED: March 8, 2022